UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 03-1961

NEWPORT NEWS SHIPBUILDING AND DRY DOCK
COMPANY,

Petitioner,

versus

ELEANOR SEELY, Widow of Luther Seely;
DIRECTOR, OFFICE OF WORKERS' COMPENSATION
PROGRAMS, UNITED STATES DEPARTMENT OF LABOR,

Respondents.

On Petition for Review of an Order of the Benefits Review Board.
(02-724-BRB)

Submitted: April 9, 2004           Decided: May 7, 2004

Before LUTTIG, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Christopher R. Hedrick, MASON, MASON, WALKER & HEDRICK, P.C.,
Newport News, Virginia, for Petitioner. Jennifer West Vincent,
PATTEN, WORNOM, HATTEN & DIAMONSTEIN, L.C., Newport News, Virginia,
for Respondent Seely.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Newport News Shipbuilding and Dry Dock Company seeks review of the Benefits Review Board's decision and order affirming the administrative law judge's award of survivor's longshore benefits pursuant to 33 U.S.C. §§ 901-45 (2000). Our review of the record discloses that the Board's decision is based upon substantial evidence and is without reversible error. Accordingly, we affirm on the reasoning of the Board. See Seely v. Newport News Shipbuilding & Dry Dock Co., No. 02-724-BRB (BRB June 30, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED